# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
: 
In re: : Chapter 11
: 
MAGIC BRANDS, LLC, *et al.*, : Case No. 10-11310 (BLS)
: 
: (Joint Administration Requested)
Debtors.[1] :
: 
---------------------------------------------------------x

## AGENDA FOR FIRST DAY HEARING
## AND INDEX OF FIRST DAY PLEADINGS

A. <u>Voluntary Petitions</u>

    1. Voluntary Petition of Magic Brands, LLC

    2. Voluntary Petition of Fuddruckers, Inc.

    3. Voluntary Petition of Atlantic Restaurant Ventures, Inc.

    4. Voluntary Petition of King Cannon, Inc.

    5. Voluntary Petition of KCI, LLC

B. Declaration of Gregor Grant in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 15 - filed April 21, 2010]

C. <u>First Day Motions</u>

    1. Motion for Order Authorizing Joint Administration Pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1 [Docket No. 2 - filed April 21, 2010]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Magic Brands, LLC ("<u>Magic</u>") (8989); Fuddruckers, Inc. ("<u>Fuddruckers</u>") (8267), Atlantic Restaurant Ventures, Inc. ("<u>Atlantic</u>") (9769), King Cannon, Inc. ("<u>King Cannon</u>") (8671), and KCI, LLC ("<u>KCI</u>") (9281). The address for all of the Debtors is 5700 Mopac Expressway, Suite C300, Austin, Texas 78749.

2. Motion of Debtors For Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Senior Secured Financing, (B) Utilize Cash Collateral, (C) Grant Priming Liens, Priority Liens, and Superiority Claims to DIP Lenders, and (D) Provide Adequate Protection to Prepetition Secured Parties, (II) Scheduling a Final Hearing, and (III) Granting Related Relief [Docket No. 5 - filed April 21, 2010]

3. Motion for Order Authorizing Debtors' Continued Use of Existing Cash Management System, Maintenance of Existing Bank Accounts and Continued Use of Existing Business Forms and Authorizing, on an Interim and Final Basis, the Use of Bank Accounts without the Need for a Bond or Other Collateral [Docket No. 12 - filed April 21, 2010]

4. Application for an Order Approving Debtors' Retention of Kurtzman Carson Consultants LLC as Claims, Notice and Balloting Agent Pursuant to 28 U.S.C. Section 156(c), Bankruptcy Rule 2002(f) and Local Rule 2002-1(f), *Nunc Pro Tunc* to the Petition Date [Docket No. 14 - filed April 21, 2010]

5. Debtors' Motion for an Interim and Final Order Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (I) Approving the Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Requests for Additional Adequate Assurance by Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Utility Services [Docket No. 4 - filed April 21, 2010]

6. Motion of the Debtors for Entry of an Order Pursuant to Sections 105(a) and 363(c) of the Bankruptcy Code Authorizing the Debtors to Continue Prepetition Customer Programs and Perform, Honor, and Pay Prepetition Obligations With Respect Thereto in the Ordinary Course of Business [Docket No. 13 - filed April 21, 2010]

7. Motion for Order Pursuant to Sections 105(a), 363(b), and 541 of the Bankruptcy Code Authorizing the Debtors to Pay Prepetition Sales, Use and Other Trust Fund Taxes and Related Obligations [Docket No. 6 - filed April 21, 2010]

8. Motion for an Order Pursuant to Sections 105(a) and 507(a)(4) and (5) of the Bankruptcy Code Authorizing (I) Payment of Wages, Compensation and Employee Benefits and (II) Financial Institutions to Honor and Process Checks and Transfer Related to Such Obligations [Docket No. 9 - filed April 21, 2010]

9. Motion of the Debtors for Entry of an Order Pursuant to Bankruptcy Code Section 105(a) Authorizing Payment of Claims Asserted Under the Perishable Agricultural Commodities Act [Docket No. 7 - filed April 21, 2010]

10. Motion for Order Authorizing Debtors to Maintain, Renew, Cancel or Replace Existing Insurance Programs and Pay All Premiums, Fees and Insurance Premium Financing Obligations in Connection Therewith [Docket No. 8 - filed April 21, 2010]

11. Debtors' Motion for Expedited Order Establishing Procedures for Sale of *De Minimis* Assets Without Further Order of the Court [Docket No. 10 - filed April 21, 2010]

   i. Motion of Debtors and Debtors-In-Possession for Entry of an Order Shortening Notice and Objection Periods and Requesting an Emergency "First Day" Hearing for "Debtors' Motion for Expedited Order Establishing Procedures for Sale of *De Minimis Assets* Without Further Order of the Court" [Docket No. 11 - filed April 21, 2010]

Dated: April 22, 2010
Wilmington, Delaware

Respectfully submitted,

/s/ Drew G. Sloan

Daniel J. DeFranceschi (DE No.2732)
Drew G. Sloan (DE No. 5069)
Julie A. Finocchiaro (DE No. 5303)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Douglas B. Rosner, Esq.
Christine D. Lynch, Esq.
Mary Ellen Welch Rogers, Esq.
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
Tel: (617) 482-1776
Fax: (617) 574-4112

*Proposed Counsel for Debtors and Debtors in Possession*