IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                          :   Chapter 11
In re:                                    :
                                          :   Case No. 10-11310 (BLS)
MAGIC BRANDS, LLC, et al.,                :
                                          :   Jointly Administered
                    Debtors.[1]           :
                                          :   Re: Docket No. 21
                                          :
                                          :   **Bid Procedures Obj. Deadline: 5/6/10 at**
                                          :   **4:00 p.m. (EDT)**
                                          :
                                          :   **Bid Procedures Hearing Date: 5/10/10 at**
                                          :   **12:30 p.m. (EDT)**
---------------------------------------------------------x

## NOTICE OF MOTION AND HEARING REGARDING MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION FOR APPROVAL OF BIDDING PROCEDURES FOR THE SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE AND CERTAIN BIDDING PROTECTIONS

PLEASE TAKE NOTICE that, on April 22, 2010, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Orders (I) Approving Bidding Procedures for the Sale of Assets Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to Section 363 of the Bankruptcy Code, (II) Approving Certain Bidding Protections, (III) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Scheduling an Auction and Sale Hearing and (V) Approving Such Sale* [Docket No. 21] (the "Sale Motion"),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Magic Brands, LLC ("Magic") (8989); Fuddruckers, Inc. ("Fuddruckers") (8267), Atlantic Restaurant Ventures, Inc. ("Atlantic") (9769), King Cannon, Inc. ("King Cannon") (8671), and KCI, LLC ("KCI") (9281) The address for all of the Debtors is 5700 Mopac Expressway, Suite C300, Austin, Texas 78749

attached hereto as <u>Exhibit A</u>, with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "<u>Bankruptcy Court</u>").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Sale Motion, the Debtors are seeking entry of an order (the "<u>Bidding Procedures Order</u>") (i) approving bidding procedures for the sale of assets free and clear of all liens, claims, interests and encumbrances (the "<u>Bidding Procedures</u>"), (ii) approving certain bidding protections, (iii) approving the firm and manner of notice of the sale and assumption and assignment of executory contracts and unexpired leases, and (iv) scheduling an auction and sale hearing.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the **Bidding Procedures** or entry of the **Bidding Procedures Order** must be filed in writing with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by: (1) proposed undersigned counsel for the Debtors; (2) proposed counsel to any official committee, if appointed; (3) counsel to the Prepetition Agent, Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, N.E., Twenty-Fourth Floor, Atlanta, GA 30308 (Attn: Jesse H. Austin, III, Esq.) and Duane Morris LLP, 1100 North Market Street, Suite 1200, Wilmington, Delaware 19801 (Attn: Richard W. Riley, Esq); (4) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Joseph McMahon, Esq.); and (5) counsel to the Stalking Horse Bidder, Michelson Law Group, 150 Spear Street, Suite 1600, San Francisco, CA 941058 (Attn: Randy Michelson, Esq.) and DLA Piper LLC (US), 204 North LaSalle Street, Suite 1900, Chicago, IL 60601 (Attn: Richard J. Morey, Esq.) on or before **May 6, 2010 at 4:00 p.m. (EDT)**. <u>**The deadline to file objections to the Sale itself has not yet been set. You will receive separate notice of this deadline when it is set by the Bankruptcy Court.**</u>

2

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court has scheduled a hearing to consider any objections and the entry of the Bidding Procedures Order before The Honorable Brendan L. Shannon at the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on **May 10, 2010 at 12:30 p.m. (EDT)**.

**IF NO OBJECTIONS TO THE BIDDING PROCEDURES ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY ENTER THE BIDDING PROCEDURES ORDER WITHOUT FURTHER NOTICE OR HEARING.**

Dated: April 23, 2010
      Wilmington, Delaware

/s/ *[signature]*

Daniel J. DeFranceschi (DE No. 2732)
Drew G. Sloan (DE No. 5069)
Julie A. Finocchiaro (DE No. 5303)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Douglas B. Rosner, Esq.
Christine D. Lynch, Esq.
Vanessa V. Peck, Esq.
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
Tel: (617) 482-1776
Fax: (617) 574-4112

*Proposed Counsel for Debtors and Debtors in Possession*