UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 10-11310 (BLS) |
| Magic Brands, LLC, *et al.*, | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases, effective as of the time of the formation announcement on May 3, 2010:

1. **Pepsi-Cola North America**, Attn: Chad New, 1100 Reynolds Boulevard, Winston-Salem, NC 27105, Phone: 336-896-5781, Fax: 336-896-6287.

2. **U.S. Foodservice, Inc.**, Attn: Claudia Regen, Esq., 9399 West Higgins Road, Suite 600, Rosemont, IL 60018, Phone: 847-720-2442, Fax: 480-293-2706.

3. **Marcelo and Berna Montalvan**

4. **White Marsh General Partnership**, c/o Julie Minnick Bowden, 110 North Wacker Drive, Chicago, IL 60606, Phone: 312-960-2707, Fax: 312-442-6374.

5. **P & D Realty Company LLC**, Attn: Richard H. McNutt, 4875 Lakeway Drive, Duluth, MN 55811, Phone: 239-481-5099 (Nov. through May), 218-729-0206.

        ROBERTA A. DEANGELIS
        Acting United States Trustee, Region 3

         /s/ Joseph J. McMahon, Jr. for
        WILLIAM K. HARRINGTON
        ASSISTANT UNITED STATES TRUSTEE

DATED: May 3, 2010

Attorney assigned to these cases: Joseph J. McMahon, Jr., Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' co-counsel: Daniel J. DeFranceschi, Esq., Phone: 302-651-7700, Fax: 302-651-7701