IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                    :
In re:                              :    Chapter 11
                                    :
MAGIC BRANDS, LLC, *et al.*,        :    Case No. 10-11310 (BLS)
                                    :
                                    :    (Jointly Administered)
              Debtors.[1]           :
                                    :
---------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MAY 10, 2010 AT 12:30 P.M.[2]

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

### I.  CONTINUED MATTERS

1.  Motion of Debtors For Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Senior Secured Financing, (B) Utilize Cash Collateral, (C) Grant Priming Liens, Priority Liens, and Superiority Claims to DIP Lenders, and (D) Provide Adequate Protection to Prepetition Secured Parties, (II) Scheduling a Final Hearing, and (III) Granting Related Relief [Docket No. 5 - filed April 21, 2010]

    Objection / Response Deadline:  May 6, 2010 at 4:00 p.m., extended to May 13, 2010 at 4:00 p.m. for the Official Committee of Unsecured Creditors.

    Related Documents:

    A.  Interim Order (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Magic Brands, LLC ("Magic") (8989); Fuddruckers, Inc. ("Fuddruckers") (8267), Atlantic Restaurant Ventures, Inc. ("Atlantic") (9769), King Cannon, Inc. ("King Cannon") (8671), and KCI, LLC ("KCI") (9281). The address for all of the Debtors is 5700 Mopac Expressway, Suite C300, Austin, Texas 78749.

[2] Parties wishing to appear telephonically at this hearing must contact CourtCall via telephone (866-582-6878) or facsimile (866-533-2946) no later than 12:00 p.m. on May 7, 2010.

(III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Scheduling a Final Hearing on the Debtors' Motion to Incur Such Financing on a Permanent Basis [Docket No. 90 - filed April 26, 2010]

B. Notice of Entry of "Interim Order (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Scheduling a Final Hearing on the Debtors' Motion to Incur Such Financing on a Permanent Basis" [Docket No. 95 - filed April 26, 2010]

Objections / Responses Received: None.

Status: The hearing on this matter has been continued to May 17, 2010 at 9:00 a.m.

2. Debtors' Motion for Orders (I) Approving Bidding Procedures for the Sale of Assets Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to Section 363 of the Bankruptcy Code, (II) Approving Certain Bidding Protections, (III) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Scheduling an Auction and Sale Hearing and (V) Approving Such Sale [Docket No. 21 - filed April 22, 2010]

Objection / Response Deadline: May 6, 2010 at 4:00 p.m., extended to May 13, 2010 at 4:00 p.m. for the Official Committee of Unsecured Creditors.

Related Documents:

A. Notice of Motion and Hearing Regarding Motion of Debtors and Debtors-in-Possession for Approval of Bidding Procedures for the Sale of Assets Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to Section 363 of the Bankruptcy Code and Certain Bidding Protections [Docket No. 85 - filed April 23, 2010]

Objections / Responses Received: None.

Status: The hearing on this matter as it relates to bidding procedures has been continued to May 17, 2010 at 9:00 a.m.

Dated: May 5, 2010
      Wilmington, Delaware

Respectfully submitted,

/s/

Daniel J. DeFranceschi (DE No. 2732)
Drew G. Sloan (DE No. 5069)
Julie A. Finocchiaro (DE No. 5303)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Douglas B. Rosner, Esq.
Christine D. Lynch, Esq.
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
Telephone: (617) 482-1776
Facsimile: (617) 574-4112

*Proposed Counsel for Debtors and Debtors in Possession*