## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Magic Brands, LLC, *et al.*,[1] | ) | Case No. 10-11310 (BLS) |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |
|  | ) |  |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF
## PAPERS AND REQUEST TO BE ADDED TO THE MASTER SERVICE LIST

**PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned

case as *proposed* counsel to the Official Committee of Unsecured Creditors of Magic Brands,

LLC, *et al.* (the "Committee"), and pursuant to Rules 2002 and 9010(b) of the Federal Rules of

Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, demand that all notices

given or required to be given and all papers served in this case be delivered to and served upon

the parties identified below at the following address and further request to be added to the Master

Service List:

> James S. Carr, Esq.
> Eric R. Wilson, Esq.
> Dana P. Kane, Esq.
> Kelley Drye & Warren LLP
> 101 Park Avenue
> New York, New York 10178
> Tel:  212-808-7800
> Fax:  212-808-7897
> e-mail: KDWBankruptcyDepartment@KelleyDrye.com

---

[1]    The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are:  Magic Brands, LLC (8989); Fuddruckers, Inc. (8267); Atlantic Restaurant Ventures, Inc. (9769); King Cannon, Inc. (8671); and KCI, LLC (9281).  The Address for all of the Debtors is 5700 Mopac Expressway, Suite C300, Austin, Texas  78749.

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the

Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders,

applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or

informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or

otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or

suit is not intended nor shall be deemed to waive the Committee's: (i) right to have final orders

in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial

by jury in any proceedings so triable herein or in any case, controversy or proceeding related

hereto; (iii) right to have the reference withdrawn by the United States District Court in any

matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions,

defenses, setoffs or recoupments to which the Committee may or may be entitled under

agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and

recoupments expressly are hereby reserved.

Dated: New York, New York
       May 5, 2010

KELLEY DRYE & WARREN LLP

By: */s/ Eric R. Wilson*
    James S. Carr (N.Y. Bar No. JC-1603)
    Eric R. Wilson (N.Y. Bar No. EW-4320)
    Dana P. Kane (N.Y. Bar No. DK-3909)
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

*Proposed Counsel to the Official Committee*
*of Unsecured Creditors*