IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
: 
In re: : Chapter 11
: 
MAGIC BRANDS, LLC, *et al.*, : Case No. 10-11310 (BLS)
: 
: (Jointly Administered)
Debtors.[1] :
: **Re Docket Nos. 5 & 90**
---------------------------------------------------------x

**NOTICE OF FILING OF PROPOSED FORM OF** *FINAL ORDER (I) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION FINANCING PURSUANT TO SECTION 364 OF THE BANKRUPTCY CODE, (II) AUTHORIZING THE USE OF CASH COLLATERAL PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE, (III) GRANTING ADEQUATE PROTECTION TO THE PREPETITION SECURED PARTIES PURSUANT TO SECTIONS 361, 362, 363 AND 364 OF THE BANKRUPTCY CODE, AND (IV) GRANTING LIENS AND SUPERPRIORITY CLAIMS* **IN CONNECTION WITH "MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS TO (A) OBTAIN POSTPETITION SENIOR SECURED FINANCING, (B) UTILIZE CASH COLLATERAL, (C) GRANT PRIMING LIENS, PRIORITY LIENS, AND SUPERPRIORITY CLAIMS TO DIP LENDERS, AND (D) PROVIDE ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES, (II) SCHEDULING A FINAL HEARING, AND (III) GRANTING RELATED RELIEF" [DOCKET NO. 5]**

PLEASE TAKE NOTICE that, on May 16, 2010, Magic Brands, LLC and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), filed the attached **Final Order (I) Authorizing Debtors To Obtain Postpetition Financing Pursuant To Section 364 Of The Bankruptcy Code, (II) Authorizing The Use Of Cash Collateral Pursuant To Section 363 Of The Bankruptcy Code, (III) Granting Adequate Protection To The Prepetition Secured Parties**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Magic Brands, LLC ("Magic") (8989); Fuddruckers, Inc. ("Fuddruckers") (8267), Atlantic Restaurant Ventures, Inc. ("Atlantic") (9769), King Cannon, Inc. ("King Cannon") (8671), and KCI, LLC ("KCI") (9281). The address for all of the Debtors is 5700 Mopac Expressway, Suite C300, Austin, Texas 78749.

Pursuant To Sections 361, 362, 363 And 364 Of The Bankruptcy Code, and (IV) Granting Liens And Superpriority Claims (the "Proposed Final Order") in connection with the **Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Senior Secured Financing, (B) Utilize Cash Collateral, (C) Grant Priming Liens, Priority Liens, and Superpriority claims to Dip Lenders, and (D) Provide Adequate Protection to Prepetition Secured Parties, (II) Scheduling a Final Hearing, and (III) Granting Related Relief** [Docket No. 5] (the "DIP Motion") and the **Interim Order (I) Authorizing Debtors' to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Scheduling a Final Hearing on the Debtors Motion to Incur Such Financing on a Permanent Basis** [Docket No. 90] (the "Interim DIP Order"). The Proposed Final Order represents an agreement between the Debtors, the Official Committee of Unsecured Creditors and the DIP Lenders. Additionally, the Debtors have shared the Proposed Final Order with the United States Trustee for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that a final hearing with respect to the relief requested in the DIP Motion will be held on **May 17, 2010 at 9:00 a.m. (EDT)** before The Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that a copy of the Proposed Final Order is attached hereto as Exhibit 1. For the convenience of the Bankruptcy Court and other parties-in-

interest, a blackline comparing the Proposed Final Order against the Interim DIP Order is attached hereto as Exhibit 2.

PLEASE TAKE FURTHER NOTICE that an Amendment to the DIP Facility Agreement is attached hereto as Exhibit 3, and contains modified Schedules 3.6 (List of Conditions Subsequent) and R-2 (Sale Process Milestones).

Dated: May 16, 2010
       Wilmington, Delaware

Respectfully submitted,

*/s/ Julie Finocchiaro*

Daniel J. DeFranceschi (DE No. 2732)
Drew G. Sloan (DE No. 5069)
Julie A. Finocchiaro (DE No. 5303)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Douglas B. Rosner, Esq.
Christine D. Lynch, Esq.
Vanessa V. Peck, Esq.
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
Telephone: (617) 482-1776
Facsimile: (617) 574-4112

Proposed Counsel for Debtors and Debtors in Possession

3

RLF1 3566875v. 2