IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x
:
In re: : Chapter 11
:
MAGIC BRANDS, LLC, et al., : Case No. 10-11310 (BLS)
:
: (Jointly Administered)
Debtors.[1] :
:
----------------------------------------------------------x

## SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 17, 2010 AT 9:00 A.M.

I. **UNCONTESTED MATTERS**

1. Motion of Debtors For Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Senior Secured Financing, (B) Utilize Cash Collateral, (C) Grant Priming Liens, Priority Liens, and Superiority Claims to DIP Lenders, and (D) Provide Adequate Protection to Prepetition Secured Parties, (II) Scheduling a Final Hearing, and (III) Granting Related Relief [Docket No. 5 - filed April 21, 2010]

    Objection / Response Deadline: May 6, 2010 at 4:00 p.m., extended to May 13, 2010 at 4:00 p.m. for the Office of the United States Trustee, and extended to May 14, 2010 at 12:00 p.m. for the Official Committee of Unsecured Creditors.

    Related Documents:

    A. Interim Order (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Magic Brands, LLC ("Magic") (8989); Fuddruckers, Inc ("Fuddruckers") (8267), Atlantic Restaurant Ventures, Inc. ("Atlantic") (9769), King Cannon, Inc. ("King Cannon") (8671), and KCI, LLC ("KCI") (9281) The address for all of the Debtors is 5700 Mopac Expressway, Suite C300, Austin, Texas 78749.

[2] Amended items appear in bold.

(IV) Granting Liens and Superpriority Claims, (V) Scheduling a Final Hearing on the Debtors' Motion to Incur Such Financing on a Permanent Basis [Docket No. 90 - filed April 26, 2010]

B. Notice of Entry of "Interim Order (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Scheduling a Final Hearing on the Debtors' Motion to Incur Such Financing on a Permanent Basis" [Docket No. 95 - filed April 26, 2010]

C. **Notice of Filing of Proposed Form of Final Order (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant To Section 363 Of The Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of The Bankruptcy Code, and (IV) Granting Liens And Superpriority Claim in Connection with "Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Senior Secured Financing, (B) Utilize Cash Collateral, (C) Grant Priming Liens, Priority Liens, and Superpriority Claims to DIP Lenders, and (D) Provide Adequate Protection to Prepetition Secured Parties, (II) Scheduling a Final Hearing, and (III) Granting Related Relief" [Docket No. 248 - filed May 16, 2010]**

Objections / Responses Received:

i. Limited Objection of the Official Committee of Unsecured Creditors of Magic Brands, LLC, et al. to the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Senior Secured Financing, (B) Utilize Cash Collateral, (C) Grant Priming Liens, Priority Liens, and Superpriority Claims to DIP Lenders, and (D) Provide Adequate Protection to Prepetition Secured Parties, (II) Scheduling A Final Hearing, and (III) Granting Related Relief [Docket No. 228 - filed May 14, 2010]

Status: The hearing on this matter will go forward.

2. Debtors' Motion for Expedited Order Establishing Procedures for Sale of *De Minimis* Assets Without Further Order of the Court [Docket No. 10 - filed April 21, 2010]

Objection / Response Deadline: May 10, 2010 at 4:00 p.m., extended to May 13,

2

2010 at 4:00 p.m. for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee.

Related Documents:

A. Interim Order Authorizing and Approving Expedited Procedures for the Sale of *De Minimis* Assets [Docket No. 33 - filed April 23, 2010]

B. Notice of Proposed Sale of *De Minimis* Assets at Store #4, Anderson Lane, TX) [Docket No. 48 - filed April 23, 2010]

C. Notice of Proposed Sale of *De Minimis* Assets at Store #15, Atlanta, GA [Docket No. 49 - filed April 23, 2010]

D. Notice of Proposed Sale of *De Minimis* Assets at Store #88, Independence, MO [Docket No. 50 - filed April 23, 2010]

E. Notice of Proposed Sale of *De Minimis* Assets at Store #91, Northlake, GA) [Docket No. 51 - filed April 23, 2010]

F. Notice of Proposed Sale of *De Minimis* Assets at Store #2392, West LA, CA [Docket No. 52 - filed April 23, 2010]

G. Notice of Proposed Sale of *De Minimis* Assets at Store #2393, Beverly Hills, CA [Docket No. 53 - filed April 23, 2010]

H. Notice of Proposed Sale of *De Minimis* Assets at Store #109, Markson Park, CO [Docket No. 54 - filed April 23, 2010]

I. Notice of Proposed Sale of *De Minimis* Assets at Store #2395, Manhattan Beach, CA [Docket No. 55 - filed April 23, 2010]

J. Notice of Proposed Sale of *De Minimis* Assets as Store #431, Garland, TX [Docket No. 56 - filed April 23, 2010]

K. Notice of Proposed Sale of *De Minimis* Assets at Store #2396, Grand Ave, CA) [Docket No. 57 - filed April 23, 2010]

L. Notice of Proposed Sale of *De Minimis* Assets at Store #129, Downers Grove, IL [Docket No. 58 - filed April 23, 2010]

M. Notice of Proposed Sale of *De Minimis* Assets at Store #700, Foothill Ranch, CA [Docket No. 59 - filed April 23, 2010]

N. Notice of Proposed Sale of *De Minimis* Assets at Store #2398, Pasadena,

CA [Docket No. 60 - filed April 23, 2010]

O. Notice of Proposed Sale of *De Minimis* Assets at Store #188, Addison, IL [Docket No. 61 - filed April 23, 2010]

P. Notice of Proposed Sale of *De Minimis* Assets at Store #703, Thousand Oaks, CA [Docket No. 62 - filed April 23, 2010]

Q. Notice of Proposed Sale of *De Minimis* Assets at Store #2413, Torrance, CA [Docket No. 63 - filed April 23, 2010]

R. Notice of Proposed Sale of *De Minimis* Assets at Store #252, Fredericksburg, VA [Docket No. 64 - filed April 23, 2010]

S. Notice of Proposed Sale of *De Minimis* Assets at Store #2414, Miracle Mile, CA [Docket No. 65 - filed April 23, 2010]

T. Notice of Proposed Sale of *De Minimis* Assets at Store #2416, Toluca Lake, CA [Docket No. 66 - filed April 23, 2010]

U. Notice of Proposed Sale of *De Minimis* Assets at Store #294, Colonnade, AZ [Docket No. 67 - filed April 23, 2010]

V. Notice of Proposed Sale of *De Minimis* Assets at Store #323, Raleigh, NC [Docket No. 68 - filed April 23, 2010]

W. Notice of Proposed Sale of *De Minimis* Assets at Store #2417, Woodland Hills, CA [Docket No. 69 - filed April 23, 2010]

X. Notice of Proposed Sale of *De Minimis* Assets at Store #298, Thornton, CO [Docket No. 70 - filed April 23, 2010]

Y. Notice of Proposed Sale of *De Minimis* Assets at Store #209, Alexandria, VA [Docket No. 71 - filed April 23, 2010]

Z. Notice of Proposed Sale of *De Minimis* Assets at Store #301, Durham, NC [Docket No. 72 - filed April 23, 2010]

AA. Notice of Proposed Sale of *De Minimis* Assets at Store #338 Winston Salem, NC [Docket No. 73 - filed April 23, 2010]

BB. Notice of Proposed Sale of *De Minimis* Assets at Store #2391, Marina Del Rey, CA [Docket No. 74 - filed April 23, 2010]

CC. Notice of Proposed Sale of *De Minimis* Assets at Store #352, DuPont

Circle [Docket No. 75 - filed April 23, 2010]

DD. Notice of Proposed Sale of *De Minimis* Assets at Store #264, Potomac, VA [Docket No. 76 - filed April 23, 2010]

EE. Notice of Proposed Sale of *De Minimis* Assets at Store # 390, White Marsh, MD [Docket No. 77 - filed April 23, 2010]

FF. Notice of (A) Entry of "Interim Order Authorizing and Approving Expedited Procedures for the Sale of *De Minimis* Assets" and (B) Scheduling a Final Hearing Thereon [Docket No. 81 - filed April 23, 2010]

Objections/Responses Received:

i. Creditor Sandstone Properties, Inc.'s Objection to Proposed Sale of *De Minimis* Assets [Docket No. 94 - filed April 26, 2010]

ii. Praecipe to Withdraw Objection to Proposed Sale of De Minimis Assets filed by Creditor, Sandstone Properties, Inc. [Docket No. 181 - filed May 7, 2010]

Status: The hearing on this matter will go forward.

3. Motion for Order Authorizing Debtors' Continued Use of Existing Cash Management System, Maintenance of Existing Bank Accounts and Continued Use of Existing Business Forms and Authorizing, on an Interim and Final Basis, the Use of Bank Accounts without the Need for a Bond or Other Collateral [Docket No. 12 - filed April 21, 2010]

Objection / Response Deadline: May 10, 2010 at 4:00 p.m., extended to May 13, 2010 at 4:00 p.m. for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee.

Related Documents:

A. Order Authorizing Debtors' Continued Use of Existing Cash Management System, Maintenance of Existing Bank Accounts and Continued Use of Existing Business Forms and Authorizing on an Interim Basis the Use of Bank Accounts Without the Need For a Bond or Other Collateral [Docket No. 34 - filed April 23, 2010]

B. Notice of Entry of Order Authorizing Debtors' Continued Use of Existing Cash Management System, Maintenance of Existing Bank Accounts and Continued Use of Existing Business Forms and Authorizing on an Interim

5

Basis the Use of Bank Accounts Without the Need For a Bond or Other Collateral [Docket No. 82 - filed April 23, 2010]

Objections / Responses Received: None.

Status: The hearing on this matter will go forward.

4. Debtors' Motion for Order Authorizing *Nunc Pro Tunc* Rejection of Certain Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property [Docket No. 84 - filed April 23, 2010]

   Objection / Response Deadline: May 10, 2010 at 4:00 p.m., extended to May 13, 2010 at 4:00 p.m. for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee.

   Related Documents:

   A. Notice of Filing Amended Exhibit B to Lease Rejection Motion [Docket No. 108 - filed April 27, 2010]

   B. Certificate of No Objection Regarding Debtors' Motion for Order Authorizing *Nunc Pro Tunc* Rejection of Certain Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property [Docket No. 234 - filed May 14, 2010]

   Objections / Responses Received: None.

   Status: The Debtors filed a certification of no objection concerning this matter. Consequently, the hearing on this matter will only go forward to the extent the Court has questions or concerns.

5. Debtors' Motion for Order Approving Procedures for the Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property [Docket No. 86 - filed April 26, 2010]

   Objection / Response Deadline: May 10, 2010 at 4:00 p.m., extended to May 13, 2010 at 4:00 p.m. for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee.

   Related Documents:

   A Certificate of No Objection Regarding Debtors' Motion for Order Approving Procedures for the Rejection of Unexpired Leases of

Nonresidential Real Property and Abandonment of Personal Property [Docket No. 235 - filed May 14, 2010]

Objections / Responses Received: None.

Status: The Debtors filed a certification of no objection concerning this matter. Consequently, the hearing on this matter will only go forward to the extent the Court has questions or concerns.

6. Debtors' Application to Employ Goulston & Storrs, P.C. as Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 96 - filed April 26, 2010]

   Objection / Response Deadline: May 10, 2010 at 4:00 p.m., extended to May 13, 2010 at 4:00 p.m. for the Official Committee of Unsecured Creditors and the Office of the United States Trustee

   Related Documents:

   A. Affidavit of Douglas B. Rosner, Esq. and Disclosure Statement of Goulston & Storrs, P.C. in Support of Debtors' Application for Authority to Retain Goulston & Storrs, P.C. as Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 97 - filed April 26, 2010]

   B. Supplemental Affidavit of Douglas B. Rosner, Esq. and Disclosure Statement of Goulston & Storrs, P.C. in Support of Debtors' Application to Employ Goulston & Storrs, P.C. as Counsel to the Debtors Nunc Pro Tunc to the Petition Date [Docket No. 232 - filed May 14, 2010]

   Objections / Responses Received: Informal comments received from the Office of the United States Trustee.

   Status: The hearing on this matter will go forward.

7. Application of the Debtors for Order (A) Authorizing the Retention and Employment of FocalPoint Securities, LLC as Investment Banker to the Debtors, *Nunc Pro Tunc* to the Petition Date and (B) Modifying Local Rule 2016-2 Description Requirements [Docket No. 98 - filed April 26, 2010]

   Objection / Response Deadline: May 10, 2010 at 4:00 p.m., extended to May 13, 2010 at 4:00 p.m. for the Office of the United States Trustee, and extended to May 14, 2010 at 12:00 p.m. for the Official Committee of Unsecured Creditors.

7

Related Documents:

A. Supplemental Declaration of Alexander Stevenson in Support of Application for Order (A) Authorizing the Retention and Employment of FocalPoint Securities, LLC as Investment Banker to the Debtors, *Nunc Pro Tunc* to the Petition Date and (B) Modifying Local Rule 2016-2 Description Requirements [Docket No. 236 - filed May 14, 2010]

Objections / Responses Received: Informal comments received from the Office of the United States Trustee and the Official Committee of Unsecured Creditors.

Status: The hearing on this matter will go forward.

8. Application of the Debtors for an Order Authorizing the Retention of CRG Partners Group, LLC as Management Consultant to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 99 - filed April 26, 2010]

Objection / Response Deadline: May 10, 2010 at 4:00 p.m., extended to May 13, 2010 at 4:00 p.m. for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee.

Related Documents:

A. Supplemental Affidavit of Michael J. Epstein in Support of Application of the Debtors for an Order Authorizing the Retention of CRG Partners Group, LLC as Management Consultant to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 233 - filed May 14, 2010]

Objections / Responses Received: Informal comments received from the Office of the United States Trustee.

Status: The hearing on this matter will go forward.

9. Application for Order Authorizing Debtors to Employ and Retain Sitrick and Company Inc. as Corporate Communications Consultant *Nunc Pro Tunc* to the Petition Date [Docket No. 100 - filed April 26, 2010]

Objection / Response Deadline: May 10, 2010 at 4:00 p.m., extended to May 13, 2010 at 4:00 p.m. for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee

Related Documents:

A.  Supplemental Affidavit of Anita-Marie Laurie in Support of Application for Order Authorizing Debtors to Employ and Retain Sitrick and Company Inc. as Corporate Communications Consultant *Nunc Pro Tunc* to the Petition Date [Docket No. 238 - filed May 14, 2010]

Objections / Responses Received: Informal comments received from the Office of the United States Trustee.

Status: The hearing on this matter will go forward.

10. Application to Employ and Retain Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 101 - filed April 26, 2010]

    Objection / Response Deadline: May 10, 2010 at 4:00 p.m., extended to May 13, 2010 at 4:00 p.m. for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee.

    Related Documents:

    A.  Supplemental Affidavit of Daniel J. DeFranceschi in Support of Application to Employ and Retain Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 243 - filed May 14, 2010]

    Objections / Responses Received: Informal comments received from the Office of the United States Trustee.

    Status: The hearing on this matter will go forward.

11. Motion of the Debtors for an Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 111 - filed April 27, 2010]

    Objection / Response Deadline: May 10, 2010 at 4:00 p.m., extended to May 13, 2010 at 4:00 p.m. for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee.

    Related Documents:

    A.  Certificate of No Objection Regarding Motion of the Debtors for an

Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 237 - filed May 14, 2010]

Objections / Responses Received: None.

Status: The Debtors filed a certification of no objection concerning this matter. Consequently, the hearing on this matter will only go forward to the extent the Court has questions or concerns.

12. Motion for Authorization to Retain and Pay Professionals Utilized by the Debtors in the Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date [Docket No. 120 - filed April 29, 2010]

Objection / Response Deadline: May 10, 2010 at 4:00 p.m., extended to May 13, 2010 at 4:00 p.m. for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee.

Related Documents: None.

Objections / Responses Received: Informal comments received from the Office of the United States Trustee.

Status: The hearing on this matter will go forward.

13. Application of the Debtors for an Order Authorizing the Retention and Employment of Wiley Rein LLP as Special Franchise Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 122 - filed April 29, 2010]

Objection / Response Deadline: May 10, 2010 at 4:00 p.m., extended to May 13, 2010 at 4:00 p.m. for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee.

Related Documents:

A. Supplemental Affidavit of Robert A. Smith in Support of Application of the Debtors to Retain and Employ Wiley Rein LLP as Special Franchise Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 244 - filed May 14, 2010]

Objections / Responses Received: Informal comments received from the Office of the United States Trustee.

Status: The hearing on this matter will go forward.

14. Motion of Debtors For an Order Approving Key Employee Incentive Plan [Docket No. 123 - filed April 29, 2010]

    Objection / Response Deadline:  May 13, 2010 at 4:00 p.m., extended to May 14, 2010 at 2:00 p.m. for the Official Committee of Unsecured Creditors.

    Related Documents:

    A.  Motion of Debtors and Debtors-in-Possession for Entry of an Order Shortening Notice and Objection Periods and Requesting an Expedited Hearing for Motion of Debtors for an Order Approving Key Employee Incentive Plan [Docket No. 124 - filed April 29, 2010]

    B.  Order Shortening Notice and Objection Periods and Requesting an Expedited Hearing for Motion of Debtors for an Order Approving Key Employee Incentive Plan [Docket No. 149 - filed May 4, 2010]

    C.  **Notice of Filing Modified Key Employee Incentive Plan [Docket No. 247 - filed May 16, 2010]**

    Objections / Responses Received:

    i.  Informal comments received from the Office of the United States Trustee.

    ii. Reservation of Rights of the Official Committee of Unsecured Creditors of Magic Brands, LLC, et al. With Respect to Motion of Debtors for Entry of Order Approving Key Employee Incentive Plan [Docket No. 231 - filed May 14, 2010]

    Status: The hearing on this matter will go forward.

15. Motion of Debtors for Authority to Conditionally Assume Master Lease, as Amended by Sixth Amendment, with Spirit Master Funding, LLC and Assign Sandy Sublease to Master Landlord [Docket No. 125 - filed April 29, 2010]

    Objection / Response Deadline:  May 13, 2010 at 4:00 p.m.

    Related Documents:

    A.  Motion of Debtors and Debtors-in-Possession for Entry of an Order Shortening Notice and Objection Periods and Requesting a Hearing on

11

Shortened Notice for Motion of Debtors for Authority to Conditionally Assume Master Lease, as Amended by Sixth Amendment, with Spirit Master Funding, LLC and Assign Sandy Sublease to Master Landlord [Docket No. 126 - filed April 29, 2010]

B. Order Shortening Notice and Objection Periods and Requesting a Hearing on Shortened Notice for Motion of Debtors for Authority to Conditionally Assume Master Lease, as Amended by Sixth Amendment, with Spirit Master Funding, LLC and Assign Sandy Sublease to Master Landlord [Docket No. 148 - filed May 4, 2010]

Objections / Responses Received:

i. Objection of the Official Committee of Unsecured Creditors of Magic Brands, LLC, et al. to Motion of Debtors for Authority to Conditionally Assume Master Lease, as Amended by Sixth Amendment, with Spirit Master Funding, LLC and Assign Sandy Sublease to Master Landlord [Docket No. 225 - filed May 13, 2010]

Status: The hearing on this matter will go forward.

## II. CONTESTED MATTERS:

16. Debtors' Motion for an Interim and Final Order Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (I) Approving the Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Requests for Additional Adequate Assurance by Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Utility Services [Docket No. 4 - filed April 21, 2010]

Objection / Response Deadline: May 10, 2010 at 4:00 p.m., extended to May 13, 2010 at 4:00 p.m. for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee.

Related Documents:

A. Interim Order Pursuant to Sections 105(a) and 366(I) of the Bankruptcy Code (I) Approving the Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Requests for Additional Adequate Assurance by Utility Companies, and (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Utility Services [Docket No. 37 - filed April 23, 2010]

12

B.  Notice of (A) Entry of "Interim Order Pursuant to Sections 105(a) and 366(I) of the Bankruptcy Code (I) Approving the Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Requests for Additional Adequate Assurance by Utility Companies, and (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Utility Services" and (B) Scheduling of a Final Hearing Thereon. [Docket No. 83 - filed April 23, 2010]

Objections / Responses Received:

i.  Objection of Certain Utility Companies to the Debtors' Motion For An Interim and Final Order Pursuant To Sections 105(a) and 366 of the Bankruptcy Code (I) Approving the Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures For Resolving Requests For Additional Adequate Assurance By Utility Companies and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services. [Docket No. 185 - filed May 7, 2010]

ii.  Integrys Energy Services Inc.'s Objection to Debtors' Motion for Interim and Final Orders Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (I) Approving the Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Requests for Additional Adequate Assurance by Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services [Docket No. 189 - filed May 10, 2010]

Status: The hearing on this matter will go forward.

17. Debtors' Motion for Orders (I) Approving Bidding Procedures for the Sale of Assets Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to Section 363 of the Bankruptcy Code, (II) Approving Certain Bidding Protections, (III) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Scheduling an Auction and Sale Hearing and (V) Approving Such Sale [Docket No. 21 - filed April 22, 2010]

Objection / Response Deadline: May 6, 2010 at 4:00 p.m., extended to May 13, 2010 at 4:00 p.m. for the Office of the United States Trustee, Wells Fargo Capital Finance, Inc. and FIFA, Inc., and extended to May 14, 2010 at 12:00 p.m. for the Official Committee of Unsecured Creditors.

13

Related Documents:

A.  Notice of Motion and Hearing Regarding Motion of Debtors and Debtors-in-Possession for Approval of Bidding Procedures for the Sale of Assets Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to Section 363 of the Bankruptcy Code and Certain Bidding Protections [Docket No. 85 - filed April 23, 2010]

Objections / Responses Received:

i.  Limited Objection of the Macerich Company and Cousins Properties, Inc. to Debtors' Motion for Orders (I) Approving Bidding Procedures for the Sale of Assets Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to Section 363 of the Bankruptcy Code, (II) Approving Certain Bidding Protections, (III) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Scheduling an Auction and Sale Hearing and (V) Approving Such Sale [Docket No. 171 - filed May 6, 2010]

ii.  Microsoft's Contingent Objection and Reservation of Rights in Response to Debtors' Bid Procedures Motion [Docket No. 172 - filed May 6, 2010]

iii.  Objection of Fidelity Newport Holdings, LLC and American Blue Ribbon Holdings, LLC to Debtors' Motion for Orders (I) Approving Bidding Procedures for the Sale of Assets Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to Section 363 of the Bankruptcy Code, (II) Approving Certain Bidding Protections, (III) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Scheduling an Auction and Sale Hearing and (V) Approving Such Sale [Docket No. 173 - filed May 6, 2010]

iv.  Informal Response from the Office of the United States Trustee.

v.  Informal Comments from the Official Committee of Unsecured Creditors.

vi.  Objection of FIFA, Inc. to Debtors' Motion for Orders (I) Approving Bidding Procedures for the Sale of Assets Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to Section 363 of the Bankruptcy Code, (II) Approving Certain Bidding Protections, (III) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Scheduling an Auction and Sale Hearing and (V) Approving Such Sale [Docket No. 220 - filed May 13, 2010]

vii. Debtors' Response to Objection of Fidelity Newport Holdings, LLC and American Blue Ribbon Holdings, LLC to Debtors' Motion for Orders (I) Approving Bidding Procedures for the Sale of Assets Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to Section 363 of the Bankruptcy Code, (II) Approving Certain Bidding Protections, (III) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Scheduling an Auction and Sale Hearing and (V) Approving Such Sale [Docket No. 226 - filed May 14, 2010]

viii. Declaration of Rod Guinn in support of Debtors' Response to Objection of Fidelity Newport Holdings, LLC and American Blue Ribbon Holdings, LLC [Docket No. 227 - filed May 14, 2010]

ix. Limited Objection of the Official Committee of Unsecured Creditors of Magic Brands, LLC, et al. to Debtors Motion for Orders (I) Approving Bidding Procedures for the Sale of Assets Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to Section 363 of the Bankruptcy Code, (II) Approving Certain Bidding Protections, (III) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Scheduling an Auction and Sale Hearing, and (V) Approving Such Sale [Docket No. 229 - filed May 14, 2010]

Status: The hearing as it relates to the bidding procedures portion of this matter will go forward.

Dated: May 17, 2010
       Wilmington, Delaware

Respectfully submitted,

*/s/ Julie A. Finocchiaro*
Daniel J. DeFranceschi (DE No. 2732)
Drew G. Sloan (DE No. 5069)
Julie A. Finocchiaro (DE No. 5303)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Douglas B. Rosner, Esq.
Christine D. Lynch, Esq.
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
Telephone: (617) 482-1776
Facsimile: (617) 574-4112

*Proposed Counsel for Debtors and Debtors in Possession*