# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| MAGIC BRANDS LLC, et al.,[1] | ) Case No. 10-11310 (BLS) |
| Debtors. | ) Jointly Administered |
| | ) Related to Docket No. 285 |

## CERTIFICATION OF COUNSEL

The undersigned hereby certifies that on May 21, 2010, the official committee of unsecured creditors (the "Creditors' Committee"), appointed pursuant to section 1102(a)(1) of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code") in the above-captioned chapter 11 cases of Magic Brands LLC, et al., filed the **Application of Official Committee of Unsecured Creditors of Magic Brands LLC, et al. Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002, for Order Authorizing Retention of Klehr Harrison Harvey Branzburg LLP as Co-Counsel *Nunc Pro Tunc* as of May 5, 2010** (Docket No. 285, the "Application")[2].

The undersigned further certifies that on May 21, 2010, the Creditors' Committee filed and served a notice of hearing with respect to the Application (the "Notice"). Pursuant to the Notice, objections to the Application were to be filed and served prior to June 1, 2010. The undersigned further certifies that as of the date hereof, he has received no answer, objection or

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers, are: Magic Brands, LLC (8989); Fuddruckers, Inc. (8267); Atlantic Restaurant Ventures, Inc. (9769); King Cannon, Inc. (8671); and KCI, LLC (9281). The address for all of the Debtors is 5700 Mopac Expressway, Suite C300, Austin, Texas 78749.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

other responsive pleading to the Application and has reviewed the reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.

The undersigned further certifies that the Creditors' Committee has received informal comments from the Office of the United States Trustee to the proposed order submitted with the Application. The Creditors' Committee has revised the proposed order in accordance with such informal comments and a copy of the revised proposed order is annexed hereto as Exhibit A. A blackline indicating the changes between the revised order and the order originally submitted with the Application is annexed hereto as Exhibit B.

WHEREFORE, the Creditors' Committee respectfully request that this Court enter the proposed order approving the Application, as revised and annexed hereto as Exhibit A at its earliest convenience.

Dated: June 7, 2010
Wilmington, Delaware

KLEHR HARRISON HARVEY BRANZBURG LLP

By: /s/ Domenic E. Pacitti
Domenic E. Pacitti (DE Bar No. 3989)
Margaret M. Manning (DE Bar No. 4183)
919 Market Street, Suite 1000
Wilmington, Delaware 19801-3062
Tel: (302) 426-1189
Fax: (302) 426-9193

and

KELLEY DRYE & WARREN LLP
James S. Carr (N.Y. Bar No. JC-1603)
Eric R. Wilson (N.Y. Bar No. EW-4320)
Dana P. Kane (N.Y. Bar No. DK-3909)
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

*Proposed Counsel to the Official Committee of Unsecured Creditors*

2