# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MAGIC BRANDS, LLC, et al., | ) | Case No. 10-11310 (BLS) |
| | ) | |
| Debtors, | ) | Docket Reference No. 22 |

## ORDER AUTHORIZING REJECTION OF LETTER OF INTENT AND RESTAURANT MANAGEMENT AGREEMENT

Upon consideration of the Protective Motion for (I) an Order Authorizing Debtors to Reject (A) Letter of Intent, and (B) Restaurant Management Agreement Between Magic Brands, LLC and R.J. Management, LLC, Effective as of the Petition Date; and (II) A Finding that R.J. Management, LLC is in Willful Violation of the Automatic Stay for its Improper Exercise of Control Over Property of the Debtors' Estate [Docket No. 22]; and the Court having reviewed the Objection of R.J. Management in opposition to the Motion [Docket Nos. 109 and 309]; and the Court having conducted a trial on the merits on June 2-3, 2010, at which trial the Court heard live testimony of witnesses for each side and considered numerous affidavits and other documents duly admitted into evidence; and upon due deliberation, and adequate cause appearing therefor, it is hereby

ORDERED, that for the reasons stated by the Court on the record on June 4, 2010, the Debtors are authorized to reject the Letter of Intent and the Restaurant Management Agreement, such rejection being effective as of June 4, 2010.

Dated: Wilmington, Delaware
June 7, 2010

Brendan Linehan Shannon
United States Bankruptcy Judge