# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------x
                                                      :
In re:                                                :
                                                      :
MAGIC BRANDS, LLC, et al.,                            :
                                                      :
                                                      :
                    Debtors.¹                         :
                                                      :
                                                      :
-----------------------------------------------------x
```

Chapter 11

Case No. 10-11310 (BLS)

(Jointly Administered)

## NOTICE OF AUCTION RESULTS

        **PLEASE TAKE NOTICE** that pursuant to the *Order (I) Approving Bidding Procedures for the Sale of Assets Free and Clear of all Liens, Claims, Interests and Encumbrances Pursuant to Section 363 of the Bankruptcy Code, (II) Approving Certain Bidding Protections, (III) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases and (IV) Scheduling an Auction and Sale Hearing,* dated May 18, 2010 (the "Bidding Procedures Order")², the Debtors hereby give notice that Luby's Inc. (the "Highest Bidder") was the successful bidder at the Auction held on June 17, 2010.

        **PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order, any objections to the ability of the Highest Bidder to provide adequate assurance of future performance under section 365(f)(2)(B) must be in writing, state the basis for such objection with specificity and be filed with the Bankruptcy Court and served upon (i) counsel to the Debtors, Goulston & Storrs, P.C., 400 Atlantic Avenue, Boston, MA 02110 (Attn: Douglas B. Rosner (drosner@goulstonstorrs.com) and Christine D. Lynch, Esq. (clynch@goulstonstorrs.com)), and Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, Delaware 19801 (Attn: Daniel J. DeFranceschi, Esq. (defranceschi@rlf.com)); (ii) counsel to the Official Committee of Unsecured Creditors, Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178 (Attn: James S. Carr, Esq. (jcarr@kelleydrye.com)) and Klehr Harrison Harvey Branzburg LLP, 919 Market Street, Suite 1000, Wilmington, DE 19801 (Attn: Domenic E. Pacitti, Esq. (dpacitti@klher.com)); (iii) counsel to Wells Fargo Capital Finance, Inc., Paul, Hasting, Janofsky & Walker LLP, 600 Peachtree Street, N.W., Twenty-Fourth Floor, Atlanta, GA 30308 (Attn: Jesse H. Austin, III, Esq. (jessaustin@paulhastings.com)) and Duane Morris LLP, 1100 North Market Street, Suite 1200, Wilmington, DE 19801 (Attn: Richard W. Riley, Esq. (RWRiley@duanemorris.com)); (iv) counsel to the Highest Bidder, Fuqua & Associates, P.C.,

---

¹     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Magic Brands, LLC ("Magic") (8989); Fuddruckers, Inc. ("Fuddruckers") (8267), Atlantic Restaurant Ventures, Inc. ("Atlantic") (9769), King Cannon, Inc. ("King Cannon") (8671), and KCI, LLC ("KCI") (9281). The address for all of the Debtors is 5700 Mopac Expressway, Suite C300, Austin, Texas 78749.

²     Capitalized terms used but not defined herein shall have the same meanings set forth in the Bidding Procedures Order.

2777 Allen Parkway, Suite 480, Houston, TX 77019 (Attn: Richard Fuqua, Esq. (rlfuqua@fuqualegal.com)) and Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 18th Floor, Wilmington, DE 19801 (Attn: Gregory W. Werkheiser, Esq.)) and (v) the Office of the United States Trustee for the District of Delaware so as to be **received no later than 4:00 p.m. (prevailing Eastern Time) on June 21, 2010.** Timely filed objections will be considered at the Sale Hearing scheduled for **June 22, 2010 at 9:30 a.m.** (prevailing Eastern Time) before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at 824 North Market Street, 6th Floor, Wilmington, Delaware 19801.

Respectfully submitted,

Dated: June 18, 2010
      Wilmington, Delaware

_____

Daniel J. DeFranceschi (DE No. 2732)
Drew G. Sloan (DE No. 5069)
Julie A. Finocchiaro (DE No. 5303)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Douglas B. Rosner, Esq.
Christine D. Lynch, Esq.
Peter D. Bilowz, Esq.
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
Telephone: (617) 482-1776
Facsimile: (617) 574-4112

*Counsel for Debtors and Debtors in Possession*

RLF1 3583066v. 2