

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------x
In re:                                    :   Chapter 11
                                          :
DEEL, LLC, et al.,                        :   Case No. 10-11310 (BLS)
                                          :
                         Debtors.[1]      :   (Jointly Administered)
                                          :
                                          :   Re: Docket No. 926
                                          :
------------------------------------------x

### ORDER DENYING MOTION OF LUBY'S, INC. AND LUBY'S FUDDRUCKERS RESTAURANTS, LLC, (I) TO VACATE SALE ORDER SOLELY WITH RESPECT TO ASSUMPTION AND ASSIGNMENT OF DALTEX FRANCHISE AGREEMENTS AND (II) TO COMPEL DEBTORS' REJECTION OF DALTEX FRANCHISE AGREEMENTS AND (III) FOR RELATED RELIEF [RE: D.I. 453]

Upon the *Motion of Luby's, Inc. and Luby's Fuddruckers Restaurants, LLC, (I) to Vacate Sale Order Solely with Respect to Assumption and Assignment of Daltex Franchise Agreements and (II) to Compel Debtors' Rejection of Daltex Franchise Agreements and (III) for Related Relief [Re: D.I. 453]* [Docket No. 926] (the "Motion"), and upon the record of the hearing held on December 13, 2010, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. For the reasons set forth on the record at the December 13, 2010 hearing, the Motion is DENIED.

2. The Court reserves jurisdiction to enforce the terms of this Order.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Deel, LLC (f/k/a Magic Brands, LLC) (8989); Brosna, Inc. (f/k/a Fuddruckers, Inc.) (8267), Atlantic Restaurant Ventures, Inc. (9769), King Cannon, Inc. (8671) and KCI, LLC (9281). The address for all of the Debtors is 5700 Mopac Expressway, Suite C300, Austin, Texas 78749.

Dated: December 13, 2010
Wilmington, Delaware

_____
THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE