# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-11310 |
| | § | (JOINTLY ADMINISTERED) |
| DEEL, LLC, et al., | § | |
| | § | |
| | § | |
| | § | |
| DEBTORS | § | CHAPTER 11 |

## TRAVIS COUNTY'S OBJECTION TO
## DEBTORS' CONSOLIDATED CHAPTER 11 PLAN OF LIQUIDATION

**COMES NOW**, Nelda Wells Spears, Travis County Tax Assessor-Collector for and on behalf of the following taxing authorities: Travis County, City of Austin, Austin Independent School District, Austin Community College, Travis County Emergency Services District Number 2, and Central Health Administration (hereinafter referred to as, "Travis County") by and through her attorney of record, David Escamilla, Travis County Attorney, and files this Travis County's Objection to Debtors' Consolidated Chapter 11 Plan of Liquidation, and in support thereof would respectfully show the Court the following:

1. Travis County received its first notice of the above referenced bankruptcy on May 19, 2010.

2. On July 23, 2010, Travis County filed its secured Proof of Claim in the estimated amount of $83,755.49 for the 2009-2010 ad valorem property taxes. Because the specific amount of the debt had not been determined under Texas law, the estimated amount of the 2010 taxes was based on the amount for the previous year.

3. The claim of Travis County is secured by a lien on the Debtors' property pursuant to section 32.01 of the Texas Property Tax Code. Under Section 32.01 of the

247381-1
Page 1 of 4

Texas Property Tax Code, a tax lien attaches to the property of the Debtors on January 1 of each taxing year in favor of the taxing units represented by Nelda Wells Spears to secure payment of all taxes, penalties and interest ultimately imposed, and under subsection (c) of Section 32.01, the lien is automatically perfected on January 1.

4. The claim of Travis County takes priority over the claims and interests of any other creditor in this bankruptcy proceeding under section 32.05 of the Texas Property Tax Code.

5. Pursuant to sections 33.01(a) and (c) of the Texas Property Tax Code, the claims of Travis County receive a 12% penalty as well as interest at the rate of 1% for each month the property taxes remain unpaid.

6. Travis County objects to Debtors' Consolidated Chapter 11 Plan of Liquidation, because the plan does not allow for payment of Travis County's claim as secured along with the payment of 12% interest. Debtors' failure to include Travis County's fully secured claim with 12% interest renders the plan unfair and unequitable as to Travis County under sections 511(a) and 1129(b)(2)(A) of the Bankruptcy Code. It also violates sections 32.05 and 33.01 of the Texas Property Tax Code.

7. As demonstrated above, the treatment of Travis County's claim in Debtors' Consolidated Chapter 11 Plan of Liquidation, is much less favorable than the statutory treatment of the claims under state law. Indeed, state created property rights will not be destroyed in a bankruptcy context. *In re Village Properties*, 723 F.2d 441 (5th Cir. 1984).

**WHEREFORE, PREMISES CONSIDERED,** Travis County respectfully requests that this Court deny confirmation of Debtors' Consolidated Chapter 11 Plan of Liquidation, and for such other relief to which Travis County is justly entitled.

**Respectfully submitted,**

**DAVID ESCAMILLA**
**Travis County Attorney**
P.O. Box 1748
Austin, Texas 78767
(512) 854-9513 Telephone
(512) 854-4808 Telecopier


By: */s/ Karon Y. Wright*
**KARON Y. WRIGHT**
Assistant County Attorney
Texas Bar No. 22044700
karon.wright@co.travis.tx.us

# CERTIFICATE OF SERVICE

I, Karon Y. Wright, Assistant County Attorney, hereby certify that a true and correct copy of the foregoing **Travis County's Objection to Debtors' Consolidated Chapter 11 Plan of Liquidation**, has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on this **9th** day of **March 2011** and mailed by United States First Class Mail to any party listed below that is not registered.

                                                              */s/ Karon Y. Wright*

**DEBTORS' ATTORNEYS**
Douglas B. Rosner
Christine D. Lynch
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-333

    -and-

Daniel DeFranceschi
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

**ATTORNEY TO THE UNSEURED CREDITORS COMMITTEE**
James S. Carr
Eric R. Wilson
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

    -and-

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg, LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801

**UNITED STATES TRUSTEE**
David Buchbinder
Office of the United States Trustee
2311 J Caleb Boggs Bldg.
844 King Street, Suite 2311
Wilmington, DE 19801