# SIGN-IN SHEET

**CASE NAME:** DEEL LLC
**CASE NO.:** 10-11310
**COURTROOM NO.:** 1 - JUDGE SHANNON
**DATE:** JUNE 9, 2011

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Doug Rosner | Gulston + Storrs | Debtors |
| Christine Lynch | " | " |
| Vanessa Peck | " | " |
| Dan Defrancesch | Richards Layton + Finger | " |
| Drew Sloan | " | " |
| Ellen Slights | USAO | IRS |
| Margaret Manning | Kehr Harrison Harvey Branzberg | OCUC |
| Eric Wilson | Kelley Drye + Warren | " |
| Dana Kane | " " " | " |

# U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon
## #1

Calendar Date: 06/09/2011
Calendar Time: 09:00 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | Deel, LLC, et al. | 10-11310 | Hearing | 4268849 | Kimberly B. Gianis | (203) 862-8200 Contrarian Capital Management | Interested Party, Contrarian Capital Management / LISTEN ONLY |
| | | Deel, LLC, et al. | 10-11310 | Hearing | 4271613 | Travis Vandell | 310-823-9000 Kurtzman Carson Consultants | Interested Party, Kurtzman Carson Consultants / LIVE |